Joseph F. SAUTER, Appellant,

v.

BROADWAY CHEVROLET CO., Inc., and General Motors Corporation, Appellees.

Court of Appeals of Kentucky.

Feb. 17, 1961.

S. J. Stallings, Glenn L. Schilling, Louisville, for appellant.

A. Singleton Cagle, Woodward, Hobson & Fulton, Louisville, for appellees.

PER CURIAM.

This is a motion for an appeal from a judgment which denied Joseph F. Sauter the right to recover damages from Broadway Chevrolet Company, Inc., and General Motors Corporation for an alleged defect in an automobile.

We have carefully considered the record and we find no errors therein prejudicial to the substantial rights of Sauter.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.